■ Davidson Metals Corp., Respondent, v Marlo Development Company et al., Appellants. [691 NYS2d 898] —In an action, *inter alia*, to recover damages for breach of contract, the defendants appeal from stated portions of an order of the Supreme Court, Nassau County (Joseph, J.), dated May 28, 1998, which, *inter alia*, denied their cross motion, among other things, for summary judgment dismissing the complaint, or, for leave to serve an amended answer.

■ Davidson Metals Corp., Respondent, v Marlo Development Company et al., Appellants. [691 NYS2d 898] —In an action, *inter alia*, to recover damages for breach of contract, the defendants appeal from an order of the Supreme Court, Nassau County (Joseph, J.), dated January 28, 1998, which, after a certification conference, and over their objection, certified the case ready for trial.

Ordered that the appeal is dismissed, without costs or disbursements.

The order appealed from did not decide a motion made upon notice, and no appeal as of right lies therefrom (*see, Sherwood v Roper,* 237 AD2d 275, 276; *Matter of Hartman v Smith,* 207 AD2d 345, 346). No application has been made for permission to appeal. In light of the foregoing, the appeal is dismissed, and we do not consider the merits of the appellants' arguments (*see,* CPLR 5701 [c]). Mangano, P. J., Sullivan, Goldstein and McGinity, JJ., concur.